IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM R. CRAWFORD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CDI CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-3317 <br><br><br><br><br> **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Adam R. Crawford, Lucia DePretto, and Megan Waier Bennett (collectively "Plaintiffs"), on behalf of themselves and the Class, hereby move the Court for an order, pursuant to Fed. R. Civ. P. 23(e), finally approving the class action settlement. In support of this Motion, Plaintiffs and Class Representatives rely upon the Lechtzin Declaration and its exhibits, and their accompanying Memorandum of Law, and all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Dated: October 8, 2021

Respectfully submitted,

/s/Eric Lechtzin
Eric Lechtzin (62096)
Marc Edelson (51834)
EDELSON LECHTZIN
3 Terry Drive, Suite 205
Newtown, PA 18940
(215) 867-2399
Email: elechtzin@edelson-law.com;
Email: medelson@edelson-law.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement, to be served on the counsel listed below via the Court's ECF system on October 8, 2021:

>Brian T. Ortelere
>Morgan Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA  19103-2921
>215-963-5150
>
>David I. Monteiro
>Morgan Lewis & Bockius LLP
>1717 Main Street, Suite 3200
>Dallas, TX  75201
>214-466-4000

/s/Eric Lechtzin
ERIC LECHTZIN
