IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM R. CRAWFORD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CDI CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 2 :20-cv-3317 <br><br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS** |

Pursuant to Fed. R. Civ. P. 23(h), Plaintiffs Adam R. Crawford, Lucia DePretto and Megan Waier Bennett, on behalf of themselves and the Class, hereby move the Court as follows:

1. For an order awarding $540,000 to Class Counsel as a common fund fee award;

2. For an order awarding Class Counsel $16, 595.72 for reimbursement of litigation expenses incurred; and

3. For an order awarding class representative service payments of $10,000 to each Class Representative Adam R. Crawford, Lucia DePretto and Megan Waier Bennett.

4. In support of this Motion, Plaintiffs rely upon the Declarations of counsel and exhibits thereto, the additional declarations filed herewith, and their accompanying Memorandum of Law, and all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Dated: October 8, 2021                              Respectfully submitted,

/s/ Eric Lechtzin
Eric Lechtzin (62096)
Marc Edelson (51834)
EDELSON LECHTZIN
3 Terry Drive, Suite 205
Newtown, PA 18940
(215) 867-2399
Email: elechtzin@edelson-law.com;
Email: medelson@edelson-law.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Litigation Expenses and Class Representative Service Awards, to be served on the counsel listed below via the Court's ECF system on October 8, 2021:

>Brian T. Ortelere
>Morgan Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA  19103-2921
>215-963-5150
>
>David I. Monteiro
>Morgan Lewis & Bockius LLP
>1717 Main Street, Suite 3200
>Dallas, TX  75201
>214-466-4000

/s/ Eric Lechtzin
ERIC LECHTZIN